FILED
CLERK, U.S. DISTRICT COURT

MAR 4 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   UNITED STATES OF AMERICA,        )    NO.: 10-MJ-445
                                      )
12                  Plaintiff,        )    ORDER OF DETENTION AFTER HEARING
                                      )    [Fed.R.Crim.P. 32.1(a)(6);
13          v.                        )         18 U.S.C. 3143(a)]
                                      )
14                                    )
     Marcos Adrian Zamudio           )
15                                    )
                   Defendant.         )
16                                    )
                                      )
17   _____)

18          The defendant having been arrested in this District pursuant to

19   a  warrant  issued  by  the  United  States  District  Court  for  the

20   Southern District of California  for alleged violation(s) of the terms

21   and conditions of his/her [probation] [supervised release]; and

22          The  Court  having  conducted  a  detention  hearing  pursuant  to

23   Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

24          The Court finds that:

25   A.    (✓)  The defendant has not met his/her burden of establishing by

26          clear and convincing evidence that he/she is not likely to flee

27          if released under 18 U.S.C. § 3142(b) or (c).  This finding is

28   Deten[2].ord

1   based on _Nature of current violations; history of_

2   _Supervised release; lack of ties; substance abuse_

3   _____

4   _____

5   and/or

6   B.   (✓)   The defendant has not met his/her burden of establishing by

7   clear and convincing evidence that he/she is not likely to pose

8   a danger to the safety of any other person or the community if

9   released under 18 U.S.C. § 3142(b) or (c). This finding is based

10   on _Prior criminal history; drug use; ____

11   _____

12   _____

13   _____

14   IT THEREFORE IS ORDERED that the defendant be detained pending

15   the further revocation proceedings.

16

17   DATED: _____3/4/10_____

18

19   _Carla M. Woehrle_

20   United States Magistrate Judge

21

22

23

24

25

26

27

28   Deten[2].ord                    2